UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 21, 2014

MEMO TO COUNSE RE: Greenberg & Lieberman, LLC v. Tessa Johnson, et al.
Civil No. JFM-12-2506

Dear Counsel:

I have reviewed the memoranda submitted in connection with the cross motions for summary judgment.

Both motions will be denied. I am satisfied that Ms. Johnson has only a 47% interest in the joint venture. However, the tax returns attached to defendants' response raise a genuine issue of material fact concerning whether Greenberg & Lieberman, LLC made a loan to the joint venture and is the proper plaintiff.

I have also enclosed a copy of a letter dated February 24, 2014 that I have received from Judd Jackson. I am not entirely sure what Mr. Jackson is requesting of me but thought that you might be of assistance.

A scheduling conference will be held by telephone at 4:30 pm on April 3, 2013. I ask counsel for plaintiff to make the necessary arrangements for the conference call. In my view this case cries for a business, rather than a litigation, resolution of the issues presented.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge